NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1052, 2010-1137, -1140

ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,

Plaintiff-Cross-Appellant,

v.

CANON INC. and CANON U.S.A., INC.,

Defendants,

and

FUJI PHOTO FILM CO. LTD. (now FUJIFILM Corporation), FUJI PHOTO FILM U.S.A. INC. (now FUJIFILM North America Corporation), and FUJIFILM AMERICA INC. (now FUJIFILM Holdings America Corporation),

Defendants-Appellants.

Appeals from the United States District Court for the District of Delaware in case no. 03-CV-0241, Judge Joseph J. Farnan, Jr.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

Nokia Corp., Nokia Inc., Hewlett-Packard Co., Palm Inc., Kyocera Wireless Corp., Kyocera Communications, Inc., HTC Corp., H.T.C. (B.V.I.) Corp., HTC America, Inc., Research in Motion, Ltd., and Research in Motion Corp. move for leave to file a brief amicus curiae in support of the defendants-appellants. St. Clair Intellectual Property Consultants, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to file a brief amicus curiae is denied.

FOR THE COURT

__APR 3 0 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Ronald J. Schutz, Esq.
Steven J. Routh, Esq.
David C. Doyle, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2010

JAN HORBALY
CLERK